**FILED**

APR 17 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**C18-02294**

EDL

1  Penny L. Patino
2  8 Hermosa Court
   Danville, Ca.  94526
3  925-984-3629
   Pro Se
4

5              UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7  PENNY L. PATINO                    VERIFIED COMPLAINT

8       Plaintiff,                    ILLEGAL FORECLOSURES/
                                      INJUNCTIVE RELIEFS
9     vs;
                                      DAMAGES AND EQUITABLE RELIEFS
10 BAYVIEW LOAN SERVICING, LLC
   SELECT PORTFOLIO SERVICING         UNLIMITED JURISDICTION
11 INC.
   MORTGAGE ELECTRONIC                1.  CA. CIVIL CODE 3412  H.B.
12 REGISTRATION SYSTEMS               2.  CA. CIVIL CODE 2923.55(c)
   SHELLPOINT MORTGAGE                3.  CA. CIVIL CODE 2932.5
13 SERVICING,                         4.  CA. CIVIL CODE 2924.17
   and DOES 1-100, inclusive          5.  FDCPA 15 USC 1692 e
14                                     6.  BREACH OF IMPLIED CONVENANT
15      Defendants,                        OF GOOD FAITH AND FAIR
                                           DEALING
16                                     7.  14TH AMENDMENT TO THE UNITED
                                           STATES CONSTITUTION
17                                     8.  BAD BUSINESS PRACTICES
                                       9.  VIOLATION OF BUSINESS &
18                                         PROFESSIONS CODE, SECTION
                                           17200, et seq.
19

20                    JURY TRIAL DEMANDED

21 Plaintiff, Penny L. Patino, on "FACTS" allege the following:

22  QUOTE - "FEDERAL TRADE COMMISSION STATES - IDENTITY THEFT
            FORGERY FOR MONEY IS AN INSURANCE CLAIM ON H.B.
23
    BELOW IS THE IDENTITY THEFT FORGERY THAT FUNDED WIRED THE MONEY.
24

25

26

27

28
   *Penny Patino*

## INTRODUCTION

ALL DEFENDANTS, ARE CRIMINALS!

FEDERAL TRADE COMMISSION STATES THAT IDENTITY THEFT FORGERY FOR MONEY IS NOT MY DEBT AND A INSURANCE CLAIM.

DOCUMENTS ARE DISPUTED THAT ARE RECORDED IN ORANGE COUNTY, BECAUSE MONEY DID "NOT" COME FROM MY SIGNATURE.

NO DOCUMENTS COULD BE RECORDED BECAUSE IDENTITY THEFT FORGERY TOOK PLACE.

PLAINTIFF, SEEKS AGREEMENT MADE WITH SPS FOR DANVILLE, ON MY OFFER, AND THE IN HOUSE ATTORNEY COUNTER OFFERED WHICH PLAINTIFF ACCEPTED.

Plaintiff further alleges that Defendants and each of them CANNOT establish possession of proper assignments on properties.

Plaintiff further alleges that on both propeties that NODS and trustee Sale Notices are VOID.

Plaintiff alleges that an actual controversy has arisen and now exists between the Plaintiff and All Defendants, and each of them.   Plaintiff desires a judicial determionation and declaration of its rights with regard to the properties.

## JURISDICTION & VENUE

This Court has original jurisdiction over the claims in this action based on 28 U.S.C. 1331, 1343, 2201, 2202, 15 USC 1692, 12 U.S.C. 2605 and 42 USC 1983 which confer original jurisdiction on Federal District Courts in suits to address the deprivation of rights secured by Federal Law.

This Court also has supplemental jurisdiction over any pendant State law claims because they form a part of the

same case or controversy under Article III of the United

States Constitution, pursuant to 28 USC 1367.

This Court has criginal jurisdiction over the claims

in this action based on 28 USC 1332 which confers original

jurisdiction on Federal District Courts in suits between

diverse citizens that involve an amount in controversy in

excess of $75,000.  Every issue of law and fact in this

action is wholly between citizens of difference states.

The unlawful conduct, illegal practices and acts complained

of and alleged in this Complaint were aLL COMMITTED IN THIS

District of California and involved real properties that is

location of the District of California.  Therefore, venue

properly lies in District pursuant to 28 USC 1391(b).

PARTIES

Plaintiff, Penny L. Patino is the Trustee of the Penny L.

Patino, Living Trusts on both Danville and HUntington Beach

Properties, an inter vivos Trust with9in meaning of Calif.

Probate Code 15200 et seq, and is statutorily authorized to

bring this action under California Probate Code 16000 et seq.

including but not limited to California Probate Code 16006,

16010, 16200, 16220, 16227, 16231 and 16249.

Plaintiff is informed and believes and thereon alleges that

at all times relevant hereto Defendant, BAYVIEW, is a

licensed and registered Delaware Corporation that is doing

busines in the State of California.

Plaintiff, is informed and believes and thereon alleges that

SELECT PORTFOLIO SERVICING, INC is based in Utah, doing

business in California.

-3-

Plaintiff is informed and believes and therein alleges that at all times relevant hereto Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, is based back East and doing business in California.

Plaintiff is informed and believes and therein alleges that at all times relevent here to Defendant SHELLPOINT MORTGAGE SERVICING is based out of South Carolina, and doing business in California.

SHELLPOINT MORTGAGE SEREVICING, COULD NOT BE LOCATED ON THE Secretary of State web page.

Also MORTGAGE ELECTRONIC REGISTRATION SYSTEMS WAS FOUND ON Secretary of State web page that stated FTB SUSPENDED MERS IN THE JURISDICTION OF CALIFORNIA.

Plainitiff is ignorant of the true names and capacities of the Defendants sued herein under the fictutious names DOES 1 through 50, inclusive and Plaintiff will amend this complaint to allege names and capacities as soon as they are ascertained.  Each of said fictitiously named Defendants is responsible in some manner for the wrongful acts for which Plaintiff complains herein.

This court has personal jurisdiction over the parties as all Defendants engage in business within the State of California.  Defendnats business involves mortgage loans and related services as debt collectors to consumers in the State of California.

Plaintiff is informed and believe and thereon allege that al mentioned times herein, Defendants were agents, servants, employees, alter egos, superiors, joint ventures and/or

-4-

co-conspirators of each other and in doing the things herein after mentioned, or acting within the course and scope of their authority of such agents, servants, employees, alter egos, superior, joint venturers and/or co-conspirators with with the permission and consent ofeach Defendant named herein is jointly and severally liable to Plaintiff for the DAMAGES and HARM sustained asa result of their WRONGFUL CONDUCT.

This Court also has supplemental jurisdiction over State Law Claims because they form a party of the same case or controversy under ARTICLE III of the UNITED STATES CONSTITUTION, pursuant to 28 U.S.C. 1367.

This is a Federal judicial issue and the Consumer is authorized by the Constitution for the United States of America codified in the FDCPA to enforce the LAWS of the United States and to PROTECT and DEFEND those inalienable secured rights within the CONSTITUTION for the UNITED STATES OF AMERICA. This is an action to enforce the liability of the DEBT Ccllectors/Defendants for violations of thisConsumers protections under the FDCPA the Constitution fort the United States of America, and other consumer protection laws which were enacted by Congress to protect Consumers from illegal harassing, deceptive and abusive debt collection activities.

The rules of LAW governing this Complaint is the FDCPA, 15 U.S.C. 1692, the Consumer FINANCIAL PROTECTION BUREAU (CFPB, the FEDERAL TRADE COMMISSION (FTC) and ARTICLE III, Section 2 of the United States Constitution.  The language to be used in this matter is the PLAINT WRITING ACT OF 2010 – which has been enacted by Congress through EXECUTIVE Order 13563.

It requires Federal agencies to use clear communications that the public can easily understand and written in plain language.

Any motions or pleadings, that contain legalese and are not written in PLAIN ENGLISH for the Plaintiff to understand, will be intentionally confusing, abusive, profane, obscene and harassing to the PLaintiff, would be a violation of 15 USC 1692d(2).

Any response, communications to this Plaintiffs Complaint Verfied Claim, from any DEBT CollectorDefendant in the form of pleadings or otherwise, should be Verified, under oath and penalty of perjury as required by LAW.There will be no exceptions. ANY FALSE STATEMENTS made in any communications by the Defendants in this enforcement action, would be considered perjury. Each occurrence of perjury will be assessed at $25,000.00 and will be added to the Plaintiffs damages.

Any Debt Collector or attorney attempting to come into this complaint, MUST have proper license, and MUST be properly bonded and insured in an amount to cover all of the Plaintiffs DAMAGES in this action.

Insurance Company for the claim on Huntington Beach is not known as of yet and will be dtermined at a later date and will be added at such time it is known.

FACT Plaintiffs signatrure DID NOT FUND the money on Huntington Beach, with Identity theft forgery, which will be proven at TRIAL.

NO ONE EVER HAS THE RIGHT TO SIGN MY NAME FOR MONEY.

Defendant Bayview Loan Servicing, LLC will be known as Bayview.  Defendant Select Portfolio Servicing, Inc. will be know as SPS.  Defendant Mortgage Electronic Registration Systems will be known as MERS.  Shellpoint Mortgage Servicing, will be known as Shellpoint.

The following parties will be called in to TESTIFY UNDER OATH WHAT PART THEY ALL PLAYED IN THE ILLEGAL FORECLOSURES. TINA LERAYBAUD, TINA MARIE SEVILLANO, and TOON HOBBS.

The court needs to note that Defendant Mers to my knowledge has not been approved by CALIFORNIA as an alternative system in the "FAILURE" to perfect endorsements and assignments.

Plaintiff, is informed and believes and thereon alleges that MERS regularily conducts business in the State of Califpornia.

California Secretary of State states MERS was SUSPENDED in California and agent for service of process RESIGNED on 3/25/2009.

FACT CA. GOV shows FTB SUSPENDED MERS IN THE JURISDICTION OF CALIFORNIA.

ATTACHED TO THE COMPLAINT IS THE PROOF.

RECORDING IN ORANGE COUNTY for Huntington Beach property on 4/28/2006 is VOID, for numerous reasons, which will be explained in this lawsuit.

MAIN FACT IS BEFORE DOCUMENTS CAN BE RECORDED MONEY MUST BE FUNDED ON MY SIGNATURE.

MONEY WAS NOT FUNDED ON MY SIGNATURE THEREFORE YOU HAVE VOID DOCUMENTS AND VOID RECORDING.

FIRST CAUSE OF ACTION
CA. CIVIL CODE 3412
(against Defendants Bayview and SPS)
HB Property

Services have a duty to do right when they are shown proof of IDENTITY THEFT FORGERY for money.

Both defendants are also aware that the FEDERAL TRADE COMMISSION STATES - IDENTITY THEFT FORGERY FOR MONEY, IS AN INSURANCE CLAIM.

BLACKS LAW DICTIONARY DEFINES FORGERY AS THE ACT OF FRAUDENTLY MAKING A FALSE INSTRUMENT..

FBI DEFINES MORTGAGE FRAUD AS MISREPRESENTATION RELIED ON TO FUND, IN ADDITION TO FORGERY, INCLUDING ACTS SUCH AS IDENTITY THEFY, AND WIRE FRAUD.

CA CIVIL CODE 3412 STATES WRITTEN INSTRUMENTS IN RESPECT TO WHICH THERE IS A REASONABLE APPREHENSION THAT IF LEFT OUTSTANDING, IT WILL CAUSE SERIOUS INJURY TO PLAINTIFF AGAINST WHOM THEY ARE VOID, MAY UPON PLAINTIFFS APPLICATION BE SO ADJUDGED AND ORDERED TO BE CANCELED AND DECLARED VOID.

CANCELLATION OF VOID INSTRUMENTS OPERATES FREE OF ANY STATUTE OF LIMITATIONS.

IDENTITY THEFT FORGERY FUNDED THE MONEY ON THE LOAN.  THE SIGNATURE WAS NOT PLAINTIFFS, UNDER PENALTY OF PERJURY.

THE FEDERAL COURT DOES UNDERSTAND THAT WITHOUT THE MONEY NO RECORDINGS CAN TAKE PLACE.

SPECIAL CIRCUMSTANCES DO ARISE WHEN IDENTITY THEFT FORGERY FOR MONEY IS A " FACT ".

INSTRUMENTS RECORDED ON 4/28/2006 IN ORANGE COUNTY RECORDERS OFFICE ARE VOID BECAUSE THEY COULD NOT RECORD, BECAUSE A SIGNATURE

-8-

1  WAS NEEDED BY PLAINTIFF TO FUND THE MONEY, WHICH PLAINTIFF

2  NEVER AND I REPEAT NEVER SIGNED THAT INSTRUMENT DATED 4/27/2006.

3   IT IS NOT PLAINTIFFS SIGNATURE.

4   A DUTY OF CARE IS OWED WHEN A DEBT IS DISPUTED ESPECIALLY

5  IDENTITY THEFT FORGERY FOR MONEY.

6   PLAINTIFF DISCOVERED WITH SPS THAT IT WAS NOT MY SIGNATURE

7  FOR THE MONEY.

8   THEREFORE NO RECORDING COULD TAKE PLACE.

9   FACT - THERE IS " NO " SECURITY INSTRUMENTS THE MONEY

10  CAME FROM IDENTITY THEFT FORGERY.

11   NOT MY SIGNATURE!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

12   SINCE, SERVICERS/DEBT COLLECTORS FORECLOSE, THEY MUST ALSO

13  TAKE RESPONSIBYLITY WHEN A HOME OWNER SHOWS PROOF THAT THE

14  SECURITY INSTRUMENTS ARE "VOID".

15   AS DEBT COLLECTORS THEY MUST NOT PROCEED.

16   THIS CONSTITUTES " BAD BUSINESS PRACTICES, WHICH HAS LIABILITY

17  ON BOTH SPS AND BAYBIEW.

18
19   BAYVIEW AND SPS DID NOT HAVE ANY RIGHT TO FORECLOSE THEN

20  INSTRUMENTS UNDER CIVIL CODE 3412 MUST BE  ORDERED CANCELED

21  AND DECLARED VOID.

22   INSTRUMENT THAT PLAINTIFF FOUND STATES 4/27/2006 - WE NEED

23  HELP ON THIS SO WE CAN FUND.

24   ALSO LETTER DATED 4/27/2006, PLAINTIFF NEVER KNEW THAT

25  MONEY COULD NOT FUND WITHOUT ADDITIONAL INFORMATION AND ANOTHER

26  SIGNATURE FROM PLAINTIFF.

27   THE INSTRUMENT DATED 4/27/2006, ALONG WITH AN IDENTITY THEFT

28  SIGNATURE, IS NOT MINE.

-9-

WHICH MEANS THE MONEY CAME FROM SONEONE ELES SIGNATURE
WHICH IS NOT MINE FOR THE MONEY.

NO ONE AND I REPEAT NO ONE HAS THE RIGHT TO SIGN MY
NAME FOR MONEY FUNDING.

WHO EVER SIGNED THAT INSTRUMENT FOR MONEY IS LIABLE, NOT
PLAINTIFF.

BOTH DEFENDANTS DEBT COLLECTORS SPS AND BAYVIEW WILL SEEK
AN INSURANCE CLAIM FOR         NOTE VOID RECORDING ON 4/28/2006.

BOTH DEFENDANTS WILL DECLARE THE DEBT VOID BECAUSE THE MONEY
DID NOT COME FROM MY SIGNATURE.

PLAINTIFF CAN NOT BE LIABLE FOR SOMEONE ELESES SIGNATURE.
. PLAINTIFF SENT SPS MULTIPLE TIMES THE PROOF OF FACT THAT
WAS NEEDED, SHOWING THE SIGNATURE WITH THE LETTERS SHOWING
IT WAS NOT MY SIGNATURE FOR THE MONEY, WHICH MEANT THE INSTURMENTS
WERE VOID.

PLAINTIFF ALSO REQUESTED A FACE TO FACE MEETING WITH BAYVIEW
IN HOUSE ATTORNEY ON 12/8/2017 AND EVEN OFFERED TO FLY TO FLORIDA
WITH THE PROOF OF FACT ON THE MONEY SIGNATURE.

TO THIS DAY MY REQUEST HAS NEVER BEEN ANSWERED.   SPECIAL
CIRCUMSTANCES DO ARISE WHEN IDENTITY THEFT FORGERY FOR MONEY
IS INVOLVED.

HUD ALSO REQUIRES A FACE TO FACE BEFORE ANY FORECLOSURE.

A DUTY OF VCARE IS OWED WHEN A DEBT IS DISPUTED ESPECIALLY
IDENTITY THEFT FORGERY FOR MONEY.

THERE IS NO LEAGL RIGHT TO FORECLOSE ON H.B..

PLAINTIFF DISCOVERED WITH SPS AND THEN LOAN WAS TRANSFERED TO
BAYVIEW.

-10

SPS and Bayview has PRACTICED BAD BUSINESS PRACTICES regarding the PROOF OF FACT ON THE SIGNATURE FOR MONEY.

BAD BUSINESS PRACTICES mean neither party will do anything which will injure the right of Plaintiff.  Injury infact will be if Bayview forcloses on a VOID instruments that are recorded in Orange county recorders office on 4/28/2006. Because those instruments COULD NOT BE RECORDED AND ARE DECLARED VOID BECAUSE OF THE IDENTITY THEFT FORGERY FOR MONEY.

THE 14th ADMENMENT TO THE UNITED STATES CONSTITUTION NOR SHALL ANY STATE DEPRIVE ANY PERSON OF LIFE, LIBERTY OR PROPERTY WITHOUT DUE PROCESS OF LAW AND EQUAL PROTECTION OF THE LAWS.

A DEBT COLLECTOR, SPS, BAYVIEW OR APPOINTED TRUSTEE HAS A DUTY NOT TO CONDUCT AN ILLEGAL, VOID FORECLOSIURE ON IDENTITY THEFT FORGERY FOR MONEY.

congress has determined that there is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors.  Abusive debt collection practices contribute to the number of personal bankruptcies and to invasions of individual privacy.

SPS and Bayview are abusive undewr the FDCPA which they have no right to collect especially when it is not my signature for the money.

DAMAGES ARE HUGH FOR THE JURY TO DECIDE ON HOW THEY FEEL WHEN IDENTITY THEFT OCCURS WHEN MONEY IS FUNDED ON THAT IDENTITY THEFT SIGNATURE.

DAMAGES ARE HUGH AGAINST SPS AND BAYVIEW FOR BAD BUSINESS PRACTICES.

-11-

1  Until, the law holds Debt Collectors liable for their
2  misconduct the abuse will contiunue as well as the correspnding
3  consumer lawsuits.

4  Every piece of paper or correspondence states SPS and
5  Bayview are debt collectors including there trustees that they
6  appoint for forclosure.

7  THE TERM DEBT COLLECTOR MEANS ANY PERSON WHO USES ANY
8  INSTRUMENTALITY OF INTERSTATE COMMERDE OR THE MAILS IN ANY
9  BUSINESS THE PRINCIPAL PURPOSE OF WHICH IS THE COLLECTION OF ANY
10 DEBT OR WHO REGULARILY COLLECTS OR ATTEMPTS TO COLLECT DIRECTLY
11 OR INDIRECTLY, DEBTS OWED OR DUE OR ASSERTED TO BE OWED OR DUE
12 ANOTHER.  NOTWITHSTANDING THE EXCLUSION PROVIDED BY CLAUSE (f)
13 OF THE LAST SENTENCE OF THIS PARAGRAPH THE TERM INCLUDES ANY CREDITOR
14 WHO, IN THE PROCESS OF COLLECTING HIS OWN DEBTS USES ANY NAME
15 OTHER THAN HIS OWN WHICH WOULD INDICATE THAT A THIRD PERSON IS
16 COLLECTING OR ATTEMPTOING TO COLLECT SUCH DEBT.
17

18  SPS IS A LICENSED DEBT COLLECTOR, AND I WOULD ALSO STATE
19            BAYVIEW.

20  Further to the identity theft forgery for the money, which makes
21 the instruments and recording VOID in orange county recorders office
22 on 4/28/2006.

23  FURTHER pursuant to 15 U.S.C 1692f(6)(A) a "debt collector" may
24 NOT use UNFAIR or UNCONSCIONABLE means to collect or to attempt
25 to collect any debt.  Without limiting the general application
26 of the foregoing the following conduct is a violation of this
27 section:

28     (6) Taking or THREATENING TO TAKE any nonjudicial action to
           effect dispossession or disablement of property if

          (A) there is NO PRESENT RIGHT TO POSSESSION OF THE PROPERTY
              CLAIMED AS COLLATERAL BECAUSE THERE IS NO SECURITY

-12-

INSTRUMENT THAT IS VALID. IN FACT IT IS VOID.

Here, Plaintiff, states as FACTS that Defendants SPS and Bayview are debt collectors and have NO LEGAL RIGHT to collect on VOID INSTRUMENTS.

Defendants SPS and Bayview have attempted to collect an alleged debt under false deceptive means already knowing the recording along with the instruments are void because the money came from IDENTITY THEFT FORGERY WHICH IS IN VIOLATION OF FDCPA 15 USC 1692e(2).

Defendants SPS and Bayview behavior and conduct has injured and harmed Plaintiff with their contimueous ILLEGAL and deceptive violations of FEDERAL LAW in their attempt to collect a VOID debt that is an INSURANCE CLAIM BY ALL MEANS.

SPS and Bayview are debt collectors by the Fair Debt collections practice Act, hereinafter referred to as FDCPA 15, 1692a(6)

PLAINTIFF IS ALSO REQUESTING COURT ORDERED MEDIATION SO THAT THE DEFENDANTS, ALL DEFENDANTS CAN SIT AND PLAINTIFF WILL SHOW FACT OF PROOF OF THE INSURANCE CLAIM THAT NEEDS TO BE STARTED.

ACCORDING TO THE FBI AND FEDERAL TRADE COMMISSION I AM NOT LIABLE FOR MONEY THAT CAME FROM IDENTITY THEFT FORGERY.

IDENTITY THEFT FORGERY IS A HUGH SERIOUS CRIME THAT DEBT COLLECTORS WILL HAVE TO DEAL WITH THERE INSURANCE CLAIM.

VERY SIMPLE.

AGAIN NO RECORDING COULD TAKE PLACE, BECAUSE PLAINTIFF DISCOVERED WITH SPS THAT MONEY WAS NOT FUNDED ON PLAINTIFFS SIGNATURE.

THEREFORE IT IS ORDERED AND DECLARED THAT THE RECORDING IN ORANGE COUNTY RECORDERS OFFICE ON 4/28/2006 IS VOID ALONG WITH THE

-13-

INSTRUMENTS AS BEING "VOID".

PLAINTIFF, IS ALSO ASKING THE COURT THAT SPS AND

BAYVIEW, IN REGARDS TO H.B. PROPERTY THAT INSURANCE IS

SUPPLIED TO START THE INSURANCE CLAIM.

THEREFORE, WIRE FRAUD WAS ALSO COMMITTED UNDER CA. CIVIL

CODE 3412.

IDENTITY THEFT FORGERY FUNDED THE WIRE FRAUD.

IDENTITY THEFT FORGERY AND WIRE FRAUD STATES THIS CAUSE OF

ACTION IS JUSTIFIED UNDER CA. CIVIL CODE 3412.

FBI ALONG WITH THE FEDERAL TRADE COMMISSION STATE ANY IDENTITY

THEFT FORGERY FOR MONEY AND WIRE FRAUD IS AN UNCOLLECTABLE

DEBT THAT IS AN INSURANCE CLAIM.

Plaintiff incorporates all FACTS of this complaint and re allege

them as though they were fully set forth herein all pages in

this complaint.

RECORDING OF INSTRUMENTS ON 4/28/2006, ARE DECLARED BY

OPERATION OF LAW "VOID" AND HAVE NO FORECE OR EFFECT DECLARED

ORDERED TO BE CANCELED AND DECLARED VOID, BY IDENTITY THEFT

FORGERY FOR MOINEY ALONG WITH WIRE FRAUD.

DAMAGES TO PLAINTIFF ON IDENTITY THEFYT FORGERY FOR MONEY

AND WIRE FRAUD WILL BE DETERMINED WITH THE JURY.

SPS. AND BAYVIEW ARE LIABLE FOR ALL DAMAGES THEY HAVE CAUSED

TO PLAINTIFF.

H.B. PROPERTY IS AN INSURANCE CLAIM AND THAT FACT WILL NEVER

CHANGE.

RECORDING IN ORANGE COUNTY ON 4/28/2006 IB DECLARED VOID.

RECORDING IS UNDER PANNY

-14-

FACT H.B. PROPERTY IS AN ILLEGAL FORECLOSURE BECAUSE OF THE IDENTITY THEFT FORGERY FOR MONEY FUNDING AND WIRE FRAUD.

INSTRUMENTS COULD NOT RECORD, PERIORD WITHOUT A SIGNATURE WHICH WAS NOT MY SIGNATURE.  PLAINTIFF NEVER KNEW THAT SIGNATURE FUNDED THE LOAN.

THEREFORE UNDER CALIFORTNIA CIVIL CODE 3412, instruments are declared void and removed with an insurance claim.

DEFENDANTS, SPS, AND BAYVIEW HAD A DUTY TO AVOID FORESEEABLE INJURY.

> PLAINTIFF, REQUESTED ON 12/8/2017 A FACE TO FACE MEETING WITH BAYVIEWS IN HOUSE ATTORNEY.  PLAINTIFF ALSO OFFERED TO FLY.TO FLORIDA FOR THE MEETING. THE DISPUTED DEBT/INSURANCE CLAIM NEEDED TO BE ADDRESSED FOR THE IDENTITY THEFT FORGERY.DEFENDANT BAYVIEWS IN HOUSE ATTORNEY NEVER RESPONDED.

A DISPUTED DEBT OF THIS NATURE DOES HAVE SPECIAL CIRCUMSTANCES THAT NEED TO BE ADDRESSED.

BAYVIEW IS A DEBT COLLECTOR AS DESCRIBED IN THIS COMPLAINT.

EGNORING PLAINTIFFS, REQUEST IS BAD BUSINESS PRACTICES, AND NEGLIGENCE AT ITS FINEST.

SPS, AND BAYVIEW HAVE A DUTY TO AVOID FORESEEABLE INJURY WHICH BOTH DEFENDANTS ARE QUILTY OF AND DAMAGES ARE SOUGHT BY A JURY TRIAL.

SPS AND BAYVIEW THEREFORE STEPPED INTO THE SHOES AND IS LIABLE FOR NEGLIGENCE, AND BAD BUSINESS PRACTICES.

UNDER CALIFORNIA LAW UNDER SPECIAL CIRCUMSTANCES WHICH IDENTITY THEFT FORGERYFOR MONEY LENDING IS JUST THAT THE SERVICES/DEBT COLLECTORS DO OWE A DUTY OF CARE WHICH HAS NOT BEEN DONE.

-15-

## SECOND CAUSE OF ACTION
## CA. CIVIL CODE 2923.55(c)
### (against Defendants SPS on both properties)

Plaintiff, incorporates all Factual allegations of this complaint and re-allege them as though they were fully set forth herein.

Both instruments are DISPUTED, because of FALSE information PERJURY AND VOID INSTRUMENTS.

H.B. property the INSTRUMENTS RECORDED ON 4/28/2006, ARE VOID BECAUSE OF IDENTITY THEFT FORGERY FOR THE FUNDING OF THE MONEY. NOT MY SIGNATURE, IN OTHER WORDS NO INSTRUMENTS COULD BE RECORDED, BECAUSE THEY WERE VOID.

MR. TOON HOBBS, DOCUMENT CONTROL OFFICER FOR SPS STATED UNDER PENALTY OF PERJURY THAT THE DECLARATION WAS CORRECT WHEN IN FACT IT WAS VOID.

MR. TOONS CHECKED BOX 2 WHICH STATES NO CONTACT WAS MADE THAT STATEMENT IS 1,000 FALSE.

BECAUSE OF THE IDENTITY THEFT FORGERY AND FALSE INSTRUMENT UNDER PENALTY OF PERJURY, MR TOON HOBBS WILL BE CALLED IN TO TESTIFY REGARDING HIS PERJURY.

The same is true on DECLARATION BY JOSH SIMS DOCUMENT OFFICER FOR SPS CONCERNING Danville.

JOSH SIMMS, SIGNED A DECLARATION UNDER PENALTY OF PERJURY WHICH AGAIN THE DECLARATION IS FALSE AND JOBH SIMS WILL BE CALLED TO TESTIFY UNDER OATH REGARDING HIS DELCARATION.

BOTH DECLARATIONS ALONG WITH THERE NODS ARE VOID.

Defendant SPShad not invoked the California Statute for non judicial foreclosure at California Civil code 2924 et seq.

-16-

The allegation is founded in the FACT that the artificially drafted recitals contained within the instruments are false and baseless and are made by both persons who had no personal first hand knowledge of the FACTS contained within the NODS. The NODS are VOID and Plaintiff hereby rebuts the recitals contained in the instruments as FALSE and BASELESS and further allege that Defendant SPS did not have any LEGAL RIGHT TO RECORD INSTRUMENTS WITH FALSE AND DISPUTED INFORMATION.

Plaintiff, alleges that the California False Claims Act, California Government Code 12650 et seq. applies in this case. "cause for using FALSE AND MISLEADING CLAIMS through filing recordable instruments presumed to be true by virtue of statutory complaince with filing requirements, YET CARRY NO VALIDITY DUE TO PARTIES LACK OF STANDING to issue and by notarized instruments bearing false information.

Damages are in order and equitable relef concerning these FALSE INSTRUMENTS RECORDED IN CONTRA COSTA RECORDERS OFFICE AND ALSO ORANGE COUNTY RECORDERS ORFICE.

### THIRD CAUSE OF ACTION
### CA. CIVIL CODE 2932.5 UNDER THE UNIFORM COMMERCIAL CODE
(Defendant Mers will be held liable) PLAINTIFF
INCORPORATES ALL FACTUAL allegations OF THIS
Complaint and Realleges though they were Fully ser
FOR HEREIN and Realleges though they were Fully ser
Mers FAILURE on assignments will not support any foreclosure

In FACT, Mers only ability to assign mortgage instruments on behalf of owners of a note include ACTIVE PARTICIPANTS in the MERS SYSTEM.  QUOTE CWALT is not a participant or a member of the MERS SYSTEM.  THEREFORE MERS IS NOT AN AGENT OF THE CWALT Trust 2006-0A21on the H.B. property.

-17-

THEREFORE, MERS IS NOT AN AGENT AND CANNOT EXECUTE ANY
INSTRUMENTS ON BEHALF OF CWALT.

TRUST 2006-OA21 by the securitization audit is a REMIC TRUST.
NO REMIC TRUST IS A PART OF THE MERS SYSTEM, THEREFORE MERS
CANNOT SIGN ANY LEGAL INSTRUMENTS INCLUDING THE ASSIGNMENT OF THE
MORTGAGE TO ANY THIRD PARTY ON BEHALF OF THE CWALT TRUST 2006-OA21

With respect to the issue of the satisfaction of Plaintiffs
identity theft forgery for money insurance claim, payment by
MORTGAGE DEFAULT INSURANCE MAY HAVE ALREADY PAID THIS VOID DEBT
OFF.

IF IN FACT INSURANCE HAS ALREADY PAID OFF THE VOID DEBT THEN
NO OBLIGATION EXISTS.  THERE IS NO QUESTION BUT THAT A VOID
LOAN ONLY HAS TO BE PAID OFF ONE TIME.

Plaintiff does have the right to challenge under both Federal
and State Law any claims by parties that do not legal1thgave
a right whats so ever to money being funded on identity theft
forgery.

Plaintiff, also states for a FACT that TINA LERAYBAUD has
several signatures that proves she was not the only person
signing for mers when IN FACT SHE WAS NOT AN EMPLQYEE OF MERS.

Plaintiff, also states TINA MARIE SEVILANO, ALSO HAS several
signatures, also signing on the same day for other companies
and also is NOT AN MERS EMPLOYEE.

BOTH LERAYBAUD AND SEVILLANO WILL BE CALLED INTO TESTIFY
under OATH concerning both assignments for MERS.

ALL FAKE PEOPLE SIGNING SOMEONE ELESES SIGNATURE IS VOID.

THE SAME WITH CWALT TRUST 2006-OA11 on Danville. A REMIC TRUST.

-18-

Plainitff, claims injuries to the false assignments on both Danville, and H.B. properties.

A non-party homeowner may challenge the validity of an assignment to establish the assignees lack of title among other defects.

Thus a non party homeowner may challenge a putative assignments validity on the basis that it was not effective to pass legal title to the putative assignee.

PLaintiff may redress for fraudulent or decptive acts in connection with a foreclosure.

Mers is an unlawful practice Mers again HAS NOT been approved by California and the RESULT is FAILURE to perfect endorsements and assignments of uniform commercial code in accordance with civil code section 2932.5.

Mers had no corporate employees when both assignments were recorded which is falseification of both assignments by the signee.

Leraybaud and Sevillano was not an authorized agent of Mers or Bank of America, therfore both parties lacked authority to assign the mortgage.

Plaintiff alleges false deceptive evidence constituite and/or misleading practiwe in an attempt to collect a debt is disputable by Plainitff.

Plainitff believes there is a RICO pattern 18 USC 1961 1962, 1964, 1964 c and upon further discovery will admend this compla complaint to any Racketeer influenced and corrupt orgaization act RICO 18 USC 1961-68.

-19-

1  Therefore concerning CWALT TRUST 2006-)A11 IS ALSO A REMIC

2  TRUST AND NO REMIC TRUST IS A PART OF THE MERS SYSTEM.

3  THEREFORE MERS CANNOT SIGN ANY LEGAL INSTRUMENTS INCLUDING

4  THE ASSIGNMENT TO ANY THIRD PARTY ON BEHALF OF THE CWALT TRUST.

5  Mers HAS NOT BEEN APPROVED BY CALIFORNIA AND THE RESULT ARE

6  FAILURE TO PERFECT ENDORSEMENTS AND ASSIGNMENTS OF UNIFORM

7  COMMERCIAL CODE IN ACCORDANCE WITH CIVIL CODE SECTION 2932.5.

8  Mers license was suspended in 5/21/2002 in the state of

9  California and has not been re issued.

10

11                     FOURTH CAUSE OF ACTION
                       CA. CIVIL CODE 2924.17
12          (against Defendants, SPS, Bayview, Shellpoint)

13

14  Plaintiff, incorporates all Factual allegations of this

15  complaint and re-allege them as though they were fully set forth

16  herein.

17  2924.17 (a) A declaration recorded pursuant to Section 2923.5

18  pursuant to section 2923.55 a notice of default, notice of sale,

19  assignment of a deed of trust, or substitution of trustee

20  recorded by or on behalf of a mortgage servicer in connection

21  with a foreclosure subject to the requirements of Section 2924 or

22  a declaration or affidavit filed in any court relative to a

23  foreclosure proceeding shall be accurate and complete and

24  supported by competent and reliable evidence.

25  2924.17 (b) before recording or filing any of the documents

26  described in subdivision (a) a mortgage servicer shall endure that

27  it has reviewed competent and reliable evidence to substatiate

28  the right to foreclose.

Competent and reliable evidence is NOT where SPS filed a NOD on Danville, with a VOID DECLARATION.  ALSO, SPS HAD BEEN TAKING INSURANCE KICK BACKS WHILE CHARGING THE HOME OWNER THRIPLE.

COMPETENT AND RELIABLE EVIDENCE IS NOT where the NOD and trustee sale notice leave out CWALT when there has been no assignment removing them.

Danville NOD and trustee sale notice are disputed because of false amounts and false declaration along with false wording.

There is no judicial notice that contains information that is DISPUTABLE AS A MATTER OF CONTENT EVEN IF ALLOWED AS A PUBLIC RECORD. As proffered they are without value or credibility. Default on Danville was not proper, legal, correct or was in compliance with Civil Code 2923.5(b), 2924 et al or other mandatory requirements.

On H.B. property 2924.17 (b) and (a) did NOT review competent and reliable evidence to substatiate the right to foreclose.  SPS was given the IDENTITY THEFT FORGERY SIGNATURE FOR THE FUNDING OF THE MONEY.  SPS, AND NOW BAYVIEW EGNORE FACTUAL EVIDENCE AS PROOF THE MONEY WAS FUNDED NOT ON MY SIGNATURE.  SPS   ..                        ALREADY KNOWING PROOF WAS SHOWN TO THEM CONTINUE TO EGNOR THE INSURANCE CLAIM.  PLAINTIFF REQUESTED A MEETING WITH THE IN HOUSE ATTORNEY FROM BAYVIEW AND EVEN OFFERED TO FLY TO FLORIDA FOR THE MEETING TO SHOW PROOF OF THE FACT THAT IDENTITY THEFT FORGERY FUNDED THE MONEY. WHICH MEANS NO INSTRUMENTS COULD BE RECORDED UNTIL THE IDENTITY THEFT OCCURRED.

-21-

BAYVIEW, 1,000 % KNOWS THE NOTARY CERTIFICATE THAT HAS
BEEN FILED IN ORANGE COUNTY RECORDERS OFFICE IS VOID, YET
BAYVIEW HAS JUST FILED FRAUD IN BANKRUPTCY COURT ALREADY
KNOWING THAT THE NOTRAY CERTIFICIATE IS VOID BUT ALREADY KNOWING
IT IS FRAUD, BAYVIEW INSTRUCTED THERE ATTORNEYS TO FILE IT
ANYWAY. BAYVIEW WILL BE HELD ACCOUNTABLE FOR THE FRAUD WHICH
WAS FILED IN BANKRUPTCY COURT ON H.B.

AGAIN, NO INSTRUMENTS COULD BE RECORDED BECAUSE IT WAS NOT
MY SIGNATURE THAT FUNDED THE MONEY TO GIVE THE SECURITY.

THERE IS NO SECURITY WITH OUT THE IDENTITY THEFT FORGERY.

FIFTH CAUSE OF ACTION
FDCPA 15 USC 1692 e
(against Bayview, SPS and Shellpoint)

Plaintiff, incorporates all Factual allegations of this
complaint and re-allege them as though they were fully set forth
herein.

Using, false deceptive or misleading representation or
means in connection with the collection of any debt in violation
of Dection 807 of the FDCPA, 15 U.S.C. 1692e, including but
not limited to (1) falsely representing the charactte, amount
or legal status of a debt or any services rendered or
compensation which may be lawfully received by a debt collector
for collection of a debt in violation osf sections 807 (2)
(A) and (B) of the FDCPA 15 U.S.C. 1692 (2) (A) and (B) (2)
commjunicationg or threatening to communciate to any person credit
information which is known or which should be known to be false,
including the failure to communicate that a disputed debt is
disputed in violation of Bection 807 (8) of the FDCPA, USC

-22-

15 USC 1692e (10)

Again, all notices including NOd, Trustee sale notice all state sps, Bayview and Shellpoint are debt collectors.

SPS, Bayview and Shellpoint are in the business where the principal purpose is to collect debts.

The term debt collector means any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts or who regularly collects or attempts to collect directly or indirectly debts owed or dur or asserted to be owed or due another. 15 U.S.C 1692a(6).

Federal law prohibits the use of any false deceptive or misleading representation or means in connception with the collectio of any debt including the false representation of the character amount or legal status of any debtincluding the threat to take any action that cannot legally be taken. 15 USC 1692e(2)(A) (5).

The instruments filed in Contra Cposta County Recorder are illegal because of false amount, false wording and false declaration, against sps on NOD and trustee sale.

Recording in orange county recorder on 4/28/2006 is VOID making the NOD and Trustee Sale NOtice also VOID because of the illegal recording because of IDENTITY THEFT FORGERY FOR THE MONEY FUNDING OCCURRED. BECAUSE OF THE IDENTITY THEFT FORGERY THERE IS NO SECURITY INSTRUMENT THAT IS  LEGAL, NOR ANY OF THE RECORDINGS OF INSTRUMENTS ON 4/28/2006.  IT WAS DISCOVERED WITH SPS AND BAYVIEW REFESES TO HAVE A SIT DOWN MEETING CONCERNING THE INSURANCE CLAIM THAT NEEDS TO BE FILED CONCERNING H.B.

-23=

Even though Plaintiff is allowed a SIT DOWN FACE TO FACE MEETING BY CURRENT LAW, PLAINTIFF IS EGNORED ON THE ILLEGAL DEBT AND PROOF THAT PLAINTIFF HAS.

H.B. is an insurance claim and that FACT will NEVER change.

ALL COURTS OF THE LAND, STATE FEDERAL APPELLATE AND SUPREME COURT CANNOT ALLOW A SIGNATURE THAT IS NOT MINE CONCERNING MONEY FUNDING, IS AN UNCOLLECTABLE DEBT AND INSURANCE IS NEEDED AT THIS TIME UNLESS THE DEBT COLLECTORS CAN SHOW THAT THE DEFAULT INSURANCE AIG has already paid this debt. Discovery is needed concerning weather the debt has been paid off already once which mean the servicers Bayview and Sps can not collect.

MONEY HAS TO BE FUNDED BEFORE ANY DOCUMENTS CAN BE RECORDED.

H.B. WAS DISCOVERED WITH SPS THAT THE LOAN COULD NOT FUND. THAT MEANS INSYRUMENTS GO NO WHERE.

AGAIN THERE IS NO SECURITY WHEN THE MONEY WAS FROM IDENTITY THEFT FORGERY.

MONEY DID NOT COME FROM MY SIGNATURE.

RECORDING IN ORANGE COUNTY IS 1,000 PERCENT ILLEGAL AND VOID.

THE INSTRUMENTS ARE WITHOUT VALUE OR CREDIBILITY.

ON Danville, Plaintiff made an offer to the in house attorney for SPS and the in house attorney for SPS counter offered that because of the GOVERNMENT that he would do ONE MILLION DOLLAR LOAN ON Danville, at 2% FIXED.  ALL OTHER AMOUNTS WERE WAIVED, INCLUDING PRINCIPAL REDUCTION, BACK INTEREST AND LATE FEES.

PLAINTIFF ACCEPTED THE COUNTER OFFER.

Plaintiff sent letter after letter for sps to send plaintiff the insurments to start the new loan.

sps made the counter offer and plaintiff accepted.

IN FACT SPS REMOVED THE NOD IN CONTRA COSTA COUNTY AFTER AGREEMENT WAS MADE SO PLAINTIFF  WAITED FOR HER NEW PAYMENT ON Danville.

PLAINTIFF EXPECTS THE AGREEMENT WXX THAT WAS MADE WITH IN HOUSE ATTORNEY FOR SPS.

INSTEAD THEY TRANSFER THE SERVICING TO SHELLPOINT.

SPS 10/18,2016 STATES MONOTHLY PAYMENT FOR DANVILEE IS $5,960.81 THAT INCLUDES PRINCIPAL, INTEREST, TAXES AND INSURANCE.

YET SHELLPOINT SENDS ME A MORTGAGE STATEMENT FOR $18,181.63 for a monthly payment.

THAT IS $12,220.82 DIFFERENCE  I DO BELIEVE AND IT IS TRUE THAT SERVICERS ARE HACET MEN TO ONLY TAKE HOMEOWNERS PROPERTIES AND THAT IS THERE MAIN CONCERN.

IN HOUSE ATTORNEY STATED BECAUSE OF THE GOVERNMENT THAT HE WOULD GIVE ME A MILLION DOLLAR LOAN ON DANVILLE THATS IT.

SPS WAS SUED BY A CLASS ACTION FOR PLACED INSUANCE WITH KICK BACKS, MEANING OVER CHARGING THE HOMEOWNER WHAT A SCAM.

I DO BELIEVE THAT IS A RICO CLAIM THAT AT SUCH TIME WILL BE ADDED TO THIS COMPLAINT.CORPORUPTION  WITH CRIMINAL INTENT BY SPS, SHELLPOINT AND BAYVIEW.

CLASS ACTION LAWSUIT CASE 1:14-cv-22586-FAM.

Same is tru with Bayview вя even though i do not owe because of the idenity theft forgery.

bayview will address the identity theft forgery in this complaint.

THIS COURT NEEDS TO LOOK AT ALL COMPLAINTS IN вя FACT 100s FROM HOMEOWNERS WHAT A CRIMINAL COMPANY THEY ARE.

WHEN IS THE COURTS GOING TO REALIZE THAT THE HOMEOWNERS ARE IN COURT FOR GOOD REASON.

NOT OWING BAYVIEW 12/5/2016 states mortgage payment on H.B. is $3,832.90 then 12/12/16 $11,650.78 monthly payment.

BAYVIEW NEEDS TO ADDRESS THE IDNETITY THEFT FORGERY BEING A DEBT COLLECTOR WHICH HAS BEEN SHOWN TO START THE INSURANCE CLAIM.  MY SPS FILE SHOWS THE IDENTITY THEFT SIGNATURE WHICH BAYVIEW WAS AWARE OF WHEN PURCHASING THE SERVICING ON A VOID DEBT.

A VOID DEBT ON H.B. DOESN'T CHANGE WHEN THE DEBT FOR MONEY WAS NOT MY SIGNATURE. THE SERVICER IS HOLDING A VOID DEBT THAT WAS AN ILLEGAL RECORDING ON 4/28/2006.  THERE IS NO STATUTE OF LIMITIATIONS ON IDENTIY THEFT FORGERY.  FEDERAL TRADE COMMISSION STATES IDENTITY THEFT FORGERY FOR MONEY IS AN INSURANCE CLAIM ON H.B.

NOD filed on HB is MISSING C WALT.  NO WHERE ON THE INSTRUMENT WILL YOU FIND C WALT. FACT THERE IS NO DEFAULT THE FUNDING THAT WIRED MONEY WAS IDENTITY THEFT FORGERY. FEDERAL LAWS WILL STEP IN

NOD filed on Danville, the same thing there is NO C WALT to be found.

-26-

1   Defendants sps, Shellpoint and Bayview actions as set forth herin

2   constitute a Civil Code 1788.17, which requires a debt collector

3   to comply with the provisions of 15 USC 1692b to 1692j.

4       All defendnats are debt collectors as defined by civil code

5   1788.2 because in the ordinary course of business defendnats

6   regurlarly on behalf of itself and others engages in debt

7   collection.

8       Pursuant to civil code 1788.17 every debt collector collecting

9   or attempting to collect a consumer debt shall comply with the

10  provisions of sections 1692b to 1692j inclusive and shall

11  be subject to the remendies in 15 usc 1692k.

12

13  ·   Pursuant to 15USC 1692e(11) a debt collector may not use any

14  false, deceptiove or misleading representations or means in

15  connection with the collection of any debt including the use of

16  any false representation or deceptive means to collect or attempt

17  to collect any debt including the false represenattion of the

18  character, amount or legal status of any debt see 15 usc 1692

19  (2)(A).

20      SPS, Shellpoint and Bayview, and Mers are all debt collectors

21  as explained in this whole lawsuit.

22      SPS false represented that they would do a million dollar

23  loan on danville, with a 2% interest rate.  They also misrepresente

24  the amount and over charging on the NOD which letter after letter

25  was sent with no reply concerning any questions plaintiff had.

26  SPS and shellpoint over charge for placed insurance with criminal

27  intent to over charge the homeowner and receive kickbacks as

28  proven to the case which was a class action case.

1

### SIXTH CAUSE OF ACTION
### BREATCH OF IMPLIED CONVENANT OF GOOD FAITH
### AND FAIR DEALING
### (against defendants SPS, Bayview, Shellpoint and Mers)

Plaintiff incorporates all allegations of this complaint and re alleges them as though they were fully set forth herin.

HOMEOWNERS ACROSS THE WHOLE UNITED STATES WERE TAKEN AS VICTIMS AND NEED TO RECOVER FROM THE CRIMINAL NEGLIGENCE OF WHITE COLLAR CRIME ON ALL DEFENDANTS.

VIOLATION OF CONSUMER RIGHT TO DISPUTE THE DEBT IN PArt orin full, with the debt collector.  the 30 day (S1692g) NOTICE IS REQUIRED TO BE SENT BY DEBT COLLECTORS.

. THIS WAS NOT DONE BY SPS, SHELLPOINT AND BAYVIEW.

GOOD FAITH AND FAIR DEALING IS NOT WHEN BANK OF AMERICA TAKES ALL BAIL OUT MONEYS FROM THE GOVERNMENT NOT HELPING ANY HOMEOWNERS AND ALSO MAKING A SECRET DEAL WITH BANK OF NEW YORK MELLON BEHIND CLOSED DORRS WHICH THAT LAWSUIT WILL BE BROUGHT OUT IN THIS LAWSUIT UPON DISCOVERY.

BANK OF AMERICA SHOVED ALL ILLEGAL LAONS OUT THE BACK DOOR¼ TO SERVICERS TO ACT LIKE THEY WANT TO HELP BUT IN FACT IT IS ONLY TO TAKE YOUR PORPERTY ILLEGALLY WITH ALL ILLEGAL INSTRUMENTS.

THEN SERVICERS TELLING THE GOVERNMENT WE ARE HELPING HOMEOWNERS WHEN IN FACT THEY ARE COLLECTING ON PREDATORY LOANS WHICH IS AGAINST ALL LAWS IN CALIFORNIA.

PLAINITIFF ACCEPTED THE COUNTER OFFER FROM SPS ON DANVILLE.

SPS AND SHELLPOINT ARE ONLY INTERESTED IN NOT ALLOWING PLAINTIFF ALL LAWS AND RIGHT THAT WERE MADE AVAILABLE TO ALL HOMEOWNERS IN ILLEGAL LOANS.

Bayview, as well as sps all ready knowing that the instruments on H.B. recorded on 4/28/2006 are VOID.

BAYVIEW REFUSING A FACE TO FACE MEETING WITH PLAINTIFF ON IDENTITY THEFT FORGERY FOR MONEY MAKING THE SECURITY INSTRUMENT VOID AS WELL AS ALL INSTRUMENTS VOID FROM RECORDING 4/28/2006 AS WELL AS ASSIGNMENT, NOD AND TRUSTEE SALE NOTICE ARE ALL VOID.

FAIR DEALING *HAS NOT BEEN PRACTICED BY BAYview* FORGERY FOR MONEY AND SET THE CLAIM FOR INSURANCE TO PAY OFF THE ILLEGAL VOID INSTRUMENTS.

INSTRUMENTS WITHOUT MONEY ARE WORTHLESS PAPER.

SPECIAL CIRCUMSTANCES DO ARISE WHEN IDENTITY THEFT FORGERY IS DISCOVERED.

MERS, LICENSE WAS SUSPENDED SHOIWNG IN THE SECREATRY OF STATE FOR ALL OF CALIFORNIA.

YET MERS WAS STILL DOING BUSINESS IN CALIFORNIA.

NOT HAPPENENEDING.

BOTH ASSIGNMENTS,on Danville and H.B. TINA LERAYBAUD AND TINA MARIE SEVILLANO WILL BE CALLED INTO TESTIFY UNDER OATH WHAT PART THEY PLAYED IN THE ILLEGAL FORECLOSURES.

FACT H.B IS AN INSURANCE CLAIM THEREFORE TINA LERAYBAUD AND THAT ASSIGNMENT IS VOID BECAUSE THE RECORDING IS VOID AS WELL AS ALL DOCUMENTS ARE VOID.

THAT IS WHAT HAPPENES WHEN YOU HAVE IDENTITY THEFT FORGERY FOR MONEY.

GOOD FAITH AND FAIR DEALING HAS NOT BE PRAACTICED BY SPS BAYVIEW SHELLPOINT AND MERS.

-29-

Bayview, has VOID INSTRUMENTS ON IDENTITY THEFT FORGERY AND WILL NOT DO A FACE TO FACE MEETING WITH ME TO SHOW THEM THE SIGNATURE THAT FUNDED THE MONEY.

HUD EVEN REQUIRRES A FACE TO FACE BEFORE ANY FORECLOSURE. PLAINTIFF EVEN OFFERED TO FLY TO FLORIDA XXXX FOR THE MEETING WITH THE IN HOUSE ATTORNEY FOR BAYVIEW.

ASLO BAYVIEW HAS FILED WITH THE BANKRUPTCY COURT IN OAKLAND A VOID RECORDING OUT OF ORANGE COUNTY RECORDERS OFFICE DATED 4/28/2006 ALREADY KNOWING THAT THE INSTRUMENTS ARE VOID ALONG WITH THE VOID NOTARY. UNDER PENALTY OF PERJURY PLAINTIFF WAS NEVER THERE XXXX  4/28/2006.

ALSO WITHOUT A VALLID NOTARY NO INSTRUMENTS CAN BE FILED. Bayview knows 1,000 % that notary certificate is VOID yet they instruct there attorneys to file a void insttrument in bankruptcy already knowing it is void.

WHEN DOES THE CORRUPTION STOP WITH SERVICERS.

because of this lawsuit bayview will now sit down and proof will be shown and an insurance claim will be started. NO MONEY COULD BE FUNDED NO INSTRUMENTS COULD BE RECORDED. WHEN MONEY FUNDING COMES FROM IDENTITY THEFT FORGERY IT IS AN UNCOLLECTABLE DEBT WITH AN INSURANCE CLAIM.

BAYVIEW WILL SUPPLY THIS COURT ALL INFORMATION ON THERE INSURANCE FOR THIS CLAIM.

THIS COURT CANNOT ALLOW A DEBT THAT WAS RECORDED WITH MONEY FUNDING ON SOMEONE ELSES SIGNATURE.

BAYVIEW MUST DO RIGHT AND START AN INSURANCE CLAIM " IMMEDIATELY"

### SEVENTH CAUSE OF ACTION
### 14th AMENDMENT TO THE UNITED STATES CONSTITUTION
### (against all defendants)

Plainitff incorporates all allegations of this complaint and re alleges them as though they were fully set forth herein.

THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION PROVIDES IN PART " NO STATE SHALL MAKE OR ENFORCE ANY LAW WHICH SHALL ABRIDGE THE PRILEGES OR IMMUNITIES OF CITIZENS OF THE UNITED STATES: NOR SHALL ANY STATE DEPREIVE ANY PERSON OF LIFE, LILBERTY OR " QUOTE PROPERTY WITHOUT DUE PROCESS OF LAW.

Loan sharking money laundering, obstruction of justice and the rico act are all tied into this complaint on all defendants.

when mortgage statements go up $4,000 to $10,000 that is definitely loan sharking and the Rico act between defendants on all unlawful acts described in this complaint.

IT IS ONE HUGH SCAM PIE BY ALL DEFENDANTS TO COLLECT ON ILLEGAL VOID DOCUMENTS WHICH THEY HAVE NO LEGAL RIGHT TO DO SO.

TAKING GOVERNMENT MONIES, TAKING KICK BACKS ON INSURANCE FRAUD PLACEMENT WHICH HAS ALREADY BEEN PROVEN AS PLAINTIFF IN THIS CASE HAS ALREADY STATED WITH THE CASE REFERENCE NUMBER.

THEN AFTER A TRUSTEE SALE DEFENDANTS ALSO GET ANOTHER PERCENTAGE FROM THE GOVERNMENT CONCERNING THE SALE THE DIFFERENCE BETWEEN WHAT THE PROPERTY SOLD FOR AND THE AMOUNT OWED THE GOVT. KICKS IN ANOTHER 25%.

SERVICES WAIT LONG PERIODS BECAUSE GOVERNMENT IS ALSO KICKING MONEY TO SERVICES EACH MONTH OF THE DEFAULT.

THIS IS DEFINIETLY WHITE COLLAR CRIME THAT NEEDS TO BE
ADDRESSED IN THIS COMPLAINT.  Over charging on purpose for
more money at the end of the sale.

Then to top it off the services re sells the property
for  a whole new loan which is double collecting.  unlawful
SCAM ALL THE WAY AROUND.

Pursuant to code procedure section 1060, any person
interested under a written instrument of who desires a
declaration of her rights or duities with respect to another or in
respect to property may in a case of actual controversy relating
to the legal rights and duties of the parties, bring an
action in thge court for a declaration of their rights or duties
in the premises including a determination of any questions of
construction or validity araising under the instrument  with the
declaration having the force and effect of any breach of the
of the obligation in respect to which the declaration is sought.

being there are discrepencys on all documents on danville
and H.B. declaratory relief is sought for GOOD REASON.

Special circumstances have arisen that need to be addressed
and also discovery must be sought for the real truth to arise.

PLAINTIFF AS A CITIZEN OF THE UNITED STATES HAS THIS RIGHT TO
PROTECT HER PROPERTIES FROM SCAM SERVICERS WITH VOID ILLEGAL
INSTRIUMENTS.

DEFENDANT SPS HAS TAKEN PLIANTIFFS LIFE, BECAUSE A DEAL
WAS MADE ON DANVILLE ON THE MILLION DOLLAR LOAN AT 2% FIXED.

DEFENDANT BAYVIEW HAS ALSO TAKEN PLAINTIFFS LIFE TRYING
TO PURSUE A VOID DEBT BECAUSE OF IDENTITY THEFT FORGERY FOR MONEY.

EIGHTH CAUSE OF ACTION
VIOLATION OF BAD BUSINESS PRACTICES
(against all defendants)

Plainitff incorporates all allegations of this complaint

and re alleges them as though they were fully set forth herein.

BAD BUSINESS PRACTICES IS THIS WHOLE COMPLAINT BY ALL

DEFENDANTS.

On H.B. ~~these~~ VOID instruments on 4/28/2006 are just that.

according to FEDERAL TRADE COMMISSION PLAINTIFF DOES NOT HAVE

TO PAY FOR IDENTITY THEFT FORGERY FOR MONEY FUNDING.

IT IS AN UNCOLLECTABLE DEBT BECAUSE MONEY CAME FROM IDENTITY THEFT

FORGERY AND WAS NOT PLAINTIFFS SIGNATURE.

IDENTITY THEFT FORGERY FOR MONEY IS COVERED UNDER ALL

SERVICERS INSURANCE.

UNLESS THE DEFAULT SWAP INSURANCE HAS ALREADY PAID OFF THIS

VOID DEBT.

THEREFORE DEBT CAN ONLY BE PAID OFF ONCE.

BAD BUSINESS IS WHEN PLASINTIFF ASK FOR A FACE TO FACE MEETING

WITH BAYVIEWS IN HOUSE ATTORNEY AND NEVER AND I REPEAT

NEVER RECEIVED A CALL OR LETTER STATING I COULD HAVE A FACE TO "

FACE. PLAINTIFF WAS EGNORED. AND HUD ALSO STATES A FACE TO FACE

MEETING BEFORE ANY FORECLOSURE.

ESPECIALLY CIRCUSTANCES ARISE WHEN MONEY IS FUNDED NOT ON MY

SIGNATURE.

THEREFORE NO INSTRUMENTS COULD BE RECORDED.

IDENTITY THEFT IS A SERIOUS CRIME AND WILL BE BROUGHT FORWARD

IN THIS CASE.

BAYVIEW HAS NO RIGHT IN UNLAWFUL COLLECTION AND TO FORECLOSURE

-33-

when there is no present right.

Defendant Bayview have a duty to exercise reasonable care and skill to follow CALIFORNIA LAW with regard to enforcement of monetary obligations and to refrain from taking any action against plaintiff that they do not have the legal authority to do so.

As a direct and proximate result of the negligence and carelessness of the defendant Bayview as set forth above, Plaintiff has suffered and continue to suffer, general and special damages in an amount to be determined at trial, including attorneys fees and cost of bringing suit to dispute, and challenge defendnats bayviews corrupt nature as hundreds and hundreds of complaints by homeowners to this day of there operations as a servicer/debt collector.

Homeowners are NEVER AND I REPEAT NEVER ALLOWED TO HAVE QUESTIONS OR SHOW PROOF THAT IT IS NOT MY DEBT.

BAYVIEW REFESES TO ALLOW PLAINTIFF TO SHOW PROOF OF THE IDENTITY THEFT FORGERY FOR THE FUNDING OF THE MONEY WHICH MAKES THE ISTRUMENTS THAT THEY ARE USING TO FORCLOSE VOID. VOID INSTRUMENTS ARE VOID AND BAYVIEW CANNOT COLLECT ON VOID DISPUTED INSTRUMENTS.

OBVIOUSLY BAYVIEW DID NOT DO ANY DUE DILLGENCE.

ON H.B. I WILL ASK THE JURY FOR DAMAGES          OF MY LIFE FOR DISREGARDING HUMAN LIFE.

SPS AND SHELLPOINT on Danville, Plaintiff accepted the counter' offer of one million at 2% fixed interest rate all plaintiff wants is the counter offer that was accepted by plaintiff.

-34-

BAD BUSINESS AND VIOLATION THEREOF IS WHEN MERS,

HAS TINA LERAYBAUD  .    FORGERY FROM ANOTHER PARTY SIGN A

DOCUMENT HAS HAS NO RIGHT TO DO SO WHICH WOULD VOID

THAT ASSIGNMENT.

THE SAME TRUE WITH TINA MARIE SEVILLANO, OR A FORGFERY

SIGNATURE FROM ANOTHER PARTY SIGNING. AN ASSIGNMENT WHITH

NO PRESENT RIGHT TO DO SO. WHICH WOULD ALSO MAKE THAT ASSIGNMENT

VOID.

ALSO ON H.B. SINCE THE INSTURMENTS ARE VOID THEN THERE

WOULD BE NO ASSIGNMENT TO VOID INSTRUMENTS.

VIOLATION OF BAD BUSINESS PRACTICES ARE WHEN BOTH DECLARATIONS

RECORDED UNDER PENBALTY OF PERJURY ARE JUST THAT PERJURY

BY SPS, AND SPS.

Bayview has no present right to possession of H.B. properry

instruments are VOID because of money funding on not plaintiffs

signature.

Bayview defendants have attempted to collect an alleged debt

under false deceptive and misleading means and in violation of

illegal status of said debt violating the FDCPA, 15 USC 16923(2).

Bayview, and SPS has injured and harmed Plaintiff with their

wilful and continuous illegal and deceptive violations of

Federal Law in their attempt to collect an  QUOTE unverified

alleged debt by attempting to proceed with a non judicial

foreclosure.

A trustee has a duty NOT to conduct an illegal, fraudulent

or willfully oppressive sale of property under a power of sale

contained in a VOID deed of trust on H.B. property.

-35-

A trustee is also liable in California upon the basic principle of tort liability enunciated in Civil Code 1708 that every person is bound by LAW not to injure the person or property of another or infringe on any of her rights.

Defendant, SPS, Bayview caused the law office of Aldridge Pite LLP its agent to breach its duty of care to Plaintiff by initiating foreclosure proceedings against Plaintiff based on the illegal and knowingly fraudulent foreclosure instruments filed by the law office of aldridge pite at the behest of its principal that also violate the requirements of California non judicial foreclsure statute.

In initiating              . an illegal and fraudulent foreclosure at the direction of SPS, and Bayview have acted with. willful oppresiveness and malice toward Plaintiff.

Severe emotional distress, has been caused to plaintiff because Bayview refuses to answer my letter regarding a face to face meeting and even offering to fly to Florida to have that meeting with the in house attorney with bayview to show that money was funded on IDENTITY THEFT FORGERY.  SPECIAL CIRCUMSTANCES have arisen concerning the forgery for money and Bayview continues to egnor Plaintiff.

PLaintiff is also entitled to seek punitive damages for all continued harm on void iunstruments on H.B.  This will be left up to a jury to decide what would be proper in a case as this is. When money comes from forgery and not plaintiffs signature let the jujry decide again what would be proper in this case.

-36-

All constitute BAD BUSINESS behavior by defendants
sps, Bayview and agent Aldridge pite.

  stated well wrongful foreclosure.

SPS removed the NOD on Danville, because Plaintiff
accepted the counter offer by in house attorney for the
million dollar loan at 2% fixed interest.

Also, sps had all income when SPS in house attorney made
the counter offer to plaintiff.

sps r4emoved the NOD on danville.  Plaintiff waited and
waited for instruments to come to start the new loan.

Defendants already knowing that VOID instruments in Orange
County recorders office are recorded under Panny for good
reason.  But SPS, Bayview and Aldridge pite their agent refuse
to also address this issue.

Bad Business Practices is when defaulted laons are more
profitable to the servicers/debt collectors and lenders.

You have a RICO enterprise, loan sharking, money laundering
obstruction of justice and bribery.  Rico act became law in
1970 Suisse/SPS order Bayview to collect on a VOID DEBT.

FACT THAT CANNOT BE DISPUTED.  WIRE FRAUD WAS COMMITTED ON
IDENTITY THEFT FORGERY FOR THE MONEY FUNDING.

THAT CONSTITUTES RICO ACT AND BAD BUSINESS PRACTICES,

BAD BUSINESS PRACTICES ARE WHEN ASSIGNMENTS are signed  by forgery
not by the party that is authorized.

Assignment on H.B is void because instruments filed in orange coun
county recorders office on 4/28/2006 are VOID and could not be
recorded until the identity theft occurred not plaintiffs signature.

-37-

NINETH CAUSE OF ACTION"
VIOLATION OF BUSINESS & PROFESSIONS CODE,
BECTION  17200, et seq.
(against all defendants)

Plaintiff re alleges and incorporates all preceding paragraphs as though fully set forth herein.

Plaintiff brings this action as a private consumer on their own behalf, pursuant to Cal. Business and Professions Code 1722 et seq. referred to hereinafter as the UNFAIR COMPETITION LAW (or UCL).

Business and Professions Code (CBPC and 17200 prohibits any UNLAWFUL, UNFAIR OR FRAUDULENT BUSINESS PRACTICE, Because Business and Professions Code Section 17200 is written in the disjunctive it establishes three varities of unfair competition acts or practices which are unlawful, or unfair, or fraudent .

At all times material herein, defendants have committed acts of unfair competition proscribed by the UCL.

Defendants conduct was unfair, unlawful and fraudulent.

SPS,not sending new loan after NOD was removed from Contra costa county. SPS filing NOD with false improper wording, including amount on insurance kick backs.

Shellpoint doing the same practices as SPS identical.

SPS, Bayview recorded a NOD and Trustee sale EVEN THOUGH THEY HAD NO RIGHT TO DO SO SINCE SPS WAS ALREADY SHOWN THE IDENTITY THEFT FORGERY.

IDENTITY THEFT FORGERY IS ON H.B property and must be dealt with in this lawsuit.

WIRE FRAUD IS A FACT AND MUST BE CONSIDERED IN THIS LAWSUIT.

Demand for Jury Trial and Prayer for Damages

WHEREFORE, Plaintiff Penny L. Patino respectfully demands a trial by jury in this case.

PLAINTIFF, ALSO RESPECTFULLY PRAY FOR JUDGMENT AND ORDER AGAINST ALL DEFENDANTS AS FOLLOWS:

1. That counter offer by SPS that plaintiff accepted on Danville, be enforced. One million dollar loan 2% fixed interest rate. All other amounts were waived by sps.

2. H.β property, because of IDENTITY THEFT FORGERY for wire funding the money, not plaintiffs signature be declared VOID debt and void collections and pursue insurance and remove all instruments from the orange county recorders office from the recording on 4/28/2006 under PANNY. Also removing VOID nod, and trustee sale notice. Defendants SPS, Bayview

3. That Judgment is entered in Plaintiffs favor and against all defendants.

4. Both properties be deemed illegal foreclosures.

5. For injunctive relief.

6. For restraining order preliminary and permanent injunction preventing defendants or anyone acting in concert with them from causing the properties to be sold assigned, transferred to a third party or taken by anyone or any entity.

7. All defendants money laundering and the RICO ACT be enforced in this lawsuit.

8. All defendants bear there own attorney fees, because of there negligence and criminal acts as described in this lawsuit.

9. For damages sustained by Plaintiff due to defendants wrongful acts to amounts to be proven at trial.

10. for civil penalties, restitution, and reason attorneys fees according to proof.

11. For punitive damages against defendants for its intentional and wrongful acts.

12. For reasonable cost of suit and such other relief as this cour deems just and appropriate.

Respectfully Submitted,

DATED: 3/16/2018

Penny L. Patino
Pro Se

Landsafe Default Inc.

RECORDING REQUESTED BY:

RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

WHEN RECORDED MAIL TO:

PENNY L PATINO
8 HERMOSA COURT
DANVILLE, CA 94526

TS No. 10-0107299

Title Order No. 10-8-410991

CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk-Recorder
DOC- 2013-0101878-00

Check Number
Wednesday, APR 24, 2013 09:29:00
MOD    $1.00:REC    $11.00:FTC    $0.00
DAF    $2.70:REF    $0.30:RED    $1.00
ERD    $1.00:
Ttl Pd    $17.00    Rcpt # 0001641837

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## NOTICE OF RESCISSION OF DECLARATION OF DEFAULT
## AND DEMAND FOR SALE AND OF NOTICE OF DEFAULT AND ELECTION TO SELL

NOTICE IS HEREBY GIVEN: That RECONTRUST COMPANY, N.A., is acting as Trustee for the Beneficiary under a DEED OF TRUST dated 05/18/2006, executed by PENNY L PATINO, AN UNMARRIED WOMAN, as Trustor, to secure certain obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, recorded 05/30/2006 as Instrument No. 2006-0168954-00 in Book N/A, Page N/A, of Official Records in the Office of the Recorder of Contra Costa County, California describing land therein as more fully described on the above referenced deed of trust.

Said obligations including one note for the sum of $1,280,000.00.

Whereas, the current beneficiary under that certain Deed of Trust hereinabove described, heretofore delivered to the Trustee thereunder written Declaration of Default and Demand for Sale; and Whereas notice was heretofore given of the breach of obligations for which said Deed of Trust is security, and of election to cause to be sold the property therein described; and Whereas a Notice of Default and Election to Sell was recorded on 09/03/2010 in the office of the Recorder of Contra Costa County, California, Instrument No. 10-187217, in Book N/A, Page N/A, of Official Records.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that the current Trustee, does hereby rescind, cancel and withdraw said Declaration of Default and Demand for Sale and said Notice of Default and Election to Sell; it being understood, however, that this rescission shall not in any manner be construed as waiving or affecting any breach or default--past, present or future--under said Deed of Trust, or as impairing any right or remedy thereunder, but is, and shall be deemed to be, only an election, without prejudice, not to cause a sale to be made pursuant to said Declaration and Notice, and shall no way jeopardize or impair any right, remedy or privilege secured to the Beneficiary and/or the Trustee, under said Deed of Trust, nor modify nor alter in any respect any of the terms, covenants, conditions or obligations thereof, and said Deed of Trust and all obligations secured thereby are hereby reinstated and shall be and remain in force and effect the same as if said Declaration of Default and Demand for Sale and Notice of Default and Election to Sell had not been made and given.

RECONTRUST COMPANY, N.A., AS TRUSTEE FOR THE BENEFICIARY

APR 2 2 2013

Dated: April 22, 2013

By: _____
Juan Rodriguez    Assistant Vice President

CARESCIND_2013.02.0_02/2013

**Alex Padilla**
**California Secretary of State**

# 🔍 Business Search - Results

The California Business Search is updated daily and reflects work processed through Sunday, November 26, 2017. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name, or you can select a column title to change the sort order.
- To refine the search results, enter a word or a string of words in the "Narrow search results" box. The "Narrow search results" will search on all fields of the initial search results.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on requesting a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Results of search for Corporation Name keyword "mortgage electronic registration system" returned 1 entity record (out of 1 record found).

Show [ 10 ▾ ] entities per page

Narrow search results: [                    ]

| Entity Number ⇅ | Registration Date ⇅ | Status ⇅ | Entity Name ⇅ | Jurisdiction ⇅ | Agent for Service of Process ⇅ |
|---|---|---|---|---|---|
| C2416221 | 05/21/2002 | SOS/FTB SUSPENDED | **MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. (MERS)** | CALIFORNIA | ** RESIGNED ON 03/25/2009 |

Showing 1 to 1 of 1 entities

**Previous**   | 1 |   **Next**

[ **Modify Search** ]   [ **New Search** ]

## CALIFORNIA DECLARATION OF COMPLIANCE
### (CAL.CIV.CODE § 2923.55(c))

Loan Number:    0014387625

Borrower Name:    PENNY PATINO

Address:    8 HERMOSA COURT, DANVILLE, CA  94526

Beneficiary:    Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA11, Mortgage Pass Through Certificates Series 2006-OA11

The undersigned beneficiary or authorized agent for the beneficiary hereby represents and declares under the penalty of perjury that:

1) [X]    On 10/17/2014 contact was made with the borrower to assess the borrower's financial situation and explore options for the borrower to avoid foreclosure as required by California Civil Code § 2923.55(b)(2).

2) [ ]    On _____ the due diligence efforts were satisfied. No contact was made with the borrower despite the due diligence of beneficiary or their authorized agent pursuant to California Civil Code § 2923.55(f).

3) [ ]    The borrower has surrendered the secured property as evidenced by a letter confirming the surrender or by delivery of the keys to the secured property to the beneficiary, their authorized agent or the trustee pursuant to California Civil Code §2920.5(c).

4) [ ]    The beneficiary or their authorized agent has confirmed that the borrower(s) filed for bankruptcy and the proceedings have not been finalized to wit, there is no order on the court's docket closing or dismissing the bankruptcy case pursuant to California Civil Code §2920.5(c).

5) [ ]    The provisions of California Civil Code §2923.55 do not apply because the property is not owner occupied as defined by California Civil Code §2924.15.

The undersigned instructs the trustee to proceed with non-judicial foreclosure proceedings and expressly authorizes the trustee or their authorized agent to sign the notice of default containing the declaration re: contact required pursuant to California Civil Code §2923.5.

Dated:    FEB 2 5 2015

By: _____

Select Portfolio Servicing, Inc. as authorized agent of Beneficiary

**Josh Sims**
**Document Control Officer**

I hereby certify that this is a true
And correct copy of the original
On file in this office

ATTEST   APR 04 2018

Joseph E. Canciamilla
County Clerk
Contra Costa County, California
By_____ Deputy Clerk

## CALIFORNIA DECLARATION OF COMPLIANCE
### (CAL.CIV.CODE § 2923.55(c))

Loan Number:    0013082649

Borrower Name:   PENNY PATINO

Address:     900 PACIFIC COAST HWY UNIT 309, HUNTINGTON BEACH, CA  92648

Beneficiary:    Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA21, Mortgage Pass Through Certificates Series 2006-OA21

The undersigned beneficiary or authorized agent for the beneficiary hereby represents and declares under the penalty of perjury that:

1) ☐  On        contact was made with the borrower to assess the borrower's financial situation and explore options for the borrower to avoid foreclosure as required by California Civil Code § 2923.55(b)(2).

2) ☒  On 02/09/2015 the due diligence efforts were satisfied. No contact was made with the borrower despite the due diligence of beneficiary or their authorized agent pursuant to California Civil Code § 2923.55(f).

3) ☐  The borrower has surrendered the secured property as evidenced by a letter confirming the surrender or by delivery of the keys to the secured property to the beneficiary, their authorized agent or the trustee pursuant to California Civil Code §2920.5(c).

4) ☐  The beneficiary or their authorized agent has confirmed that the borrower(s) filed for bankruptcy and the proceedings have not been finalized to wit, there is no order on the court's docket closing or dismissing the bankruptcy case pursuant to California Civil Code §2920.5(c).

5) ☐  The provisions of California Civil Code §2923.55 do not apply because the property is not owner occupied as defined by California Civil Code §2924.15.

The undersigned instructs the trustee to proceed with non-judicial foreclosure proceedings and expressly authorizes the trustee or their authorized agent to sign the notice of default containing the declaration re: contact required pursuant to California Civil Code §2923.55.

Dated:              AUG 1 7 2016

By:

Select Portfolio Servicing, Inc. as authorized agent of Beneficiary

Toon Hobbs
Document Control Officer

DOC ID #: 00013492002804006

State of California
County of Contra Costa } ss.

On __April 24, 2006__ before me, __Alisha Carroll, Notary Public__ personally appeared

__Penny L. Patino__

, personally known to me
(or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to
the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of
which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

__Alisha Carroll__ (Seal)
Alisha Carroll

ALISHA CARROLL
Commission # 1570812
Notary Public - California
Contra Costa County
My Comm. Expires May 6, 2009

CMD LoanNumber=134920028 ApplicationNumber=2117367633,DivisionCode=C        Page 1 of 2

| Loan Info | Processing | Underwriting | Closing | | Event History | Contacts | 1 |

Edit     Exit     New Comment

Sort By : Read Flag ▾

**All times are Pacific Time.**

Borrower Name:          PENNY L
                        PATINO              Loan#          134920028

| Date/Time | Entered By | Category | Read | Read Date/Time | Read By | Source | Email |
|---|---|---|---|---|---|---|---|
| 04/27/06 12:52 | Ellen Jackson | General | ☑ | 04/27/06 12:52 | Ellen Jackson | statusmart | ✉ |

Mark/Cathy - we need help on this so we can fund this month, Penny sent in two bank statements one was fine but the other acct # 5107 need updated balance. She sent a new acct statment and now we have to source it Acct # 3696601365 opened 4/6/2006 Debbie wants to know where did these fund come from? We have everything else in to fund. Thanks

| 04/24/06 17:11 | Cathy Nghiem | General | ☑ | 04/24/06 17:11 | Cathy Nghiem | statusmart | ✉ |

Alicia/Financial title sign signing patino at 5:45pm tonight. She will overnight the docs back to us. Any questions call her at 925.314.0130 ext 104

| 04/24/06 12:08 | Trung-Kim Nguyen | General | ☑ | 04/24/06 12:08 | Trung-Kim Nguyen | statusmart | ✉ |

Loan docs have been e:mailed to Geraldine_johns@countrywide.com and fax escrow docs to her @925-831-8095. Informed Geraldine that I just e:mail loan docs and to look for additional docs to be signed with docs via fax.

| 04/24/06 11:38 | Cathy Nghiem | General | ☑ | 04/24/06 11:38 | Cathy Nghiem | statusmart | ✉ |

Kim will email doc to Danville CHL, employee#75081 tel#925.314.7021. She will print. I've called their next door Financial Title/Alicia 925.314.0130, gave them borr's cell# to coordinate a signing today and to pick up doc from Danville CHL.

**LANDSAFE TITLE**

RECORDING REQUESTED BY:
RECONTRUST COMPANY
AND WHEN RECORDED MAIL DOCUMENT
AND TAX STATEMENTS TO:
RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA  93063

CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
**DOC- 2010-0193211-00**
Check Number
**Monday, SEP 13, 2010 09:02:00**
MOD     $1.00:REC     $11.00:FTC     $0.00
DAF     $2.70:REF     $0.30:RED     $1.00
ERD     $1.00:
Ttl Pd     $17.00     Nbr-0000587519

TS No. 10-0107299

TSG# 10-8-410991

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## CORPORATION ASSIGNMENT OF DEED OF TRUST/MORTGAGE

FOR VALUE RECEIVED, THE UNDERSIGNED HEREBY GRANTS, ASSIGNS AND TRANSFER TO:

**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA11 MORTGAGE PASS-THROUGH CERTIFICATES,**

ALL BENEFICIAL INTEREST UNDER THAT CERTAIN DEED OF TRUST DATED 05/18/2006, EXECUTED BY: PENNY L PATINO, AN UNMARRIED WOMAN,TRUSTOR: TO RECON TRUST COMPANY, N.A., TRUSTEE AND RECORDED AS INSTRUMENT NO. 2006-0168954-00 ON 05/30/2006, OF OFFICIAL RECORDS IN THE COUNTY RECORDER'S OFFICE OF CONTRA COSTA  COUNTY, IN THE STATE OF CALIFORNIA.

DESCRIBING THE LAND THEREIN:  AS MORE FULLY DESCRIBED IN SAID DEED OF TRUST

TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID DEED OF TRUST/MORTGAGE.

DATED: September 2, 2010          **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

State of:  **California**          )     BY: _____

County of:  **Ventura**          )     T. Sevillano, Assistant Secretary

On     SEP 0 7 2010 before me,     **MICHELLE I. MILLER**     , notary public, personally appeared
T. Sevillano     , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _____  (Seal)
MICHELLE I. MILLER

MICHELLE I. MILLER
COMM. #1836833
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 15, 2013

*Form asgnmnt (01/09)*

Recording Requested By:
**Bank of America**
Prepared By:  **Diana DeAvila**
450 E. Boundary St.
Chapin, SC 29036
888-603-9011
When recorded mail to:
**CoreLogic**
450 E. Boundary St.
Attn: Release Dept.
Chapin, SC 29036

DocID#    83513492002815792
Property Address:
**900 PACIFIC COAST HIGHWAY #309**
**Huntington Beach, CA 92648**
CA0-ADT 13557492          4/12/2011

**Recorded in Official Records, Orange County**
**Tom Daly, Clerk-Recorder**
|||||||||||||||||||||||||||||||||||||||||||  12.00
2011000206600 8:53 am 04/25/11
**47 412 A32   2**
0.00 0.00 0.00 0.00 3.00 0.00 0.00 0.00

This space for Recorder's use

MIN #: 1000157-0006429688-8          MERS Phone #: 888-679-6377

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is 3300 S.W. 34th Avenue, Suite 101 Ocala, FL 34474 does hereby grant, sell, assign, transfer and convey unto **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA21, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA21** whose address is 101 BARCLAY ST - 4W, NEW YORK, NY 10286 all beneficial interest under that certain Deed of Trust described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Deed of Trust.

Original Lender:          **COUNTRYWIDE HOME LOANS, INC.**
Original Borrower(s):     **PENNY L PATINO, AN UNMARRIED WOMAN**
Original Trustee:         **RECON TRUST COMPANY, N.A.**
Date of Deed of Trust:    **4/19/2006**
Original Loan Amount:     **$1,346,250.00**

Recorded in **Orange County, CA** on: 4/28/2006, book N/A, page N/A and instrument number 2006000287694

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Deed of Trust to be executed on
04-13-11

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____

**Tina LeRaybaud, Assistant Secretary**

SEE ATTACHED
04/13/14

610   134920028   D8   001   002

Document Number: 2011000206600 Page: 1 of 3

## ACKNOWLEDGMENT

State of California
County of _____ VENTURA _____ )

On __APRIL 13, 2011_____ before me, _MARCELLUS ELLIS, NOTARY PUBLIC_
(insert name and title of the officer)

personally appeared __TINA LERAYBAND_____.
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

MARCELLUS ELLIS
Commission # 1889981
Notary Public - California
Los Angeles County
My Comm. Expires Oct 31, 2013

SEE ATTACHED: ASSIGNMENT OF DEED OF TRUST
BORROWER(S): PENNY L PATINO

Certified Copy of document number 2011000206600

4/12/2018
3.00

THIS IS A CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL, AND
SIGNATURE OF THE ORANGE
COUNTY CLERK-RECORDER.

DATE:_____

CERTIFICATION FEE:_____

COUNTY CLERK-RECORDER

Hugh Nguyen

ORANGE COUNTY
STATE OF CALIFORNIA

Document Number: 2011000206600 Page: 3 of 3